# EXHIBIT NO. 2

Filing # 58070939 E-Filed 06/21/2017 02:52:24 PM

IN THE SEVENTEENTH JUDICIAL
CIRCUIT COURT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE-17-006227

PATRICK GOGGINS, an individual

    Plaintiff,

vs.

DONALD TRUMP, as President of the
United States.

    Defendants.

_____/

**SUMMONS ON AN OFFICIAL OF THE
UNITED STATES IN HIS OFFICIAL CAPACITY**

To:   DONALD J. TRUMP, President of the United States
      c/o United States Attorney
      Broward Financial Center, 500 E Broward Blvd,
      Fort Lauderdale, FL 33394
      (VIA PERSONAL SERVICE)

To:   DONALD J. TRUMP, President of the United States
      The White House
      1600 Pennsylvania Avenue NW
      Washington, DC 20500
      (VIA CERTIFIED MAIL)

To:   JEFFERSON SESSIONS, Attorney General of the United States
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001
      (VIA CERTIFIED MAIL)

IMPORTANT

A lawsuit has been filed against you. Each defendant is required to: (a) serve written defenses to the complaint on the Plaintiff's attorney, whose address is pgoggins@gmail.com and, if desired, a paper copy to 319 Tyler Street, #1; Hollywood, FL 33019, within twenty (20) days of this

CASE NO. CACE-17-006227

summons on that defendant, exclusive of the day of service; and (b) to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter at: Broward County Courthouse; Clerk of Courts; 201 SE 6th Street, Room 3170; Ft. Lauderdale, FL 33301. Additional court locations are listed in the telephone book. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Diana Sobel, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint in this action on Defendant DONALD J. TRUMP, President of the United States.

DATED on this _    JUN 30 2017

Brenda D. Forman
As Clerk of said Court

By: _____
As Deputy Clerk

BRENDA D. FORMAN

2

IN THE SEVENTEENTH JUDICIAL
CIRCUIT COURT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.

PATRICK GOGGINS, an individual

    Plaintiff,

vs.

DONALD TRUMP, as President of the
United States.

    Defendants.

_____/

## AMENDED COMPLAINT FOR DECLATORY RELIEF

PATRICK GOGGINS, for himself, hereby sues DONALD TRUMP, as President of the United States, for a declaration pursuant to Sec. 86.011, Florida Statutes, that any emoluments paid to the Trump Organization during President Trump's term in office are unconstitutional pursuant to Article 2, Section 1, Clause 7 of the United States Constitution, which reads:

> "*The President shall, at stated Times, receive for his Services, a Compensation, which shall neither be encreased nor diminished during the Period for which he shall have been elected, and he shall not receive within that Period any other Emolument from the United States, or any of them.*"

## The Parties

1. Plaintiff Patrick Goggins, a member of The Florida Bar, a resident of Broward County, Florida, is a citizen of the United States of America, and as such is entitled to relief in her Courts.

2. Defendant Donald Trump is the 45th President of the United States of America, and as such, his emoluments are subject to the strictures and constraints of the United States Constitution. Donald Trump is also the former chairman of the Trump Organization, a series of interconnected business entities, in which President Donald Trump has a significant present ownership interest.

## Nature of the Complaint

3. This is a complaint made pursuant to Florida's Declaratory Judgment Act, codified in Sec. 86.011, which gives this Court the power:

> "within [its] jurisdictional amounts to declare rights, status, and other equitable or legal relations whether or not further relief is or could be claimed. No action or procedure is open to objection on the ground that a declaratory judgment is demanded. The court's declaration may be either affirmative or negative in form and effect and such declaration has the force and effect of a final judgment. The court may render declaratory judgments on the existence, or nonexistence:
> (1) Of any immunity, power, privilege, or right; or
> (2) Of any fact upon which the existence or nonexistence of such immunity, power, privilege, or right does or may depend, whether such immunity, power, privilege, or right now exists or will arise in the future. Any person seeking a declaratory judgment may also demand additional, alternative, coercive, subsequent, or supplemental relief in the same action."

4. During his term in office, Donald Trump is bound by Article 2, Section 1, Clause 7 of the United States Constitution, which reads:

> "*The President shall, at stated Times, receive for his Services, a Compensation, which shall neither be encreased nor diminished during the Period for which he shall have been elected, and he shall not receive within that Period any other Emolument from the United States, or any of them.*"

5. The question put to the Court is as follows: "Are any monies paid to the Trump Organization during Donald Trump's term in office violative of Article 2, Section 1, Clause 7 of the United States Constitution?"

Respectfully submitted, this 21st day of June, 2017.

PATRICK J. GOGGINS, P.A.
319 Tyler Street, #1
Hollywood, FL 33019
pgoggins@gmail.com
Tel:    (305) 607-7888

By /s/ *Patrick Goggins*
Patrick J. Goggins
Fla. Bar. No. 997129

3