UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61490-CIV-ROSENBERG

PATRICK GOGGINS, an individual

     Plaintiff,

vs.

DONALD TRUMP, as President of the
United States, and as former Chairman of
the Trump Organization.

     Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

PATRICK GOGGINS, for himself, hereby gives notice of voluntary dismissal of this action,

pursuant to Rule 41(A)(1)(a)(i), Federal Rules of Civil Procedure, further stating that the Article

2, Section 1, Clause 7 argument is being adequately made by others, and with best wishes for

their success.

### Certificate of Service

I certify that a copy hereof has been furnished by the Southern District CM/ECF e-filing portal
(https://ecf.flsd.uscourts.gov), to the persons on the service list either attached or appearing
below, on the following date: **October 13, 2017**

PATRICK J. GOGGINS, P.A.
319 Tyler Street, #1
Hollywood, FL  33019
pgoggins@gmail.com
Tel:   (305) 607-7888

By /s/ *Patrick Goggins*

Patrick J. Goggins
Fla. Bar. No. 997129

CASE NO. CACE-17-006227

## Service List

Benjamin G. Greenberg
Acting United States Attorney
99 N.E. 4th Street, Suite 300
Miami, Florida 33132-2111

Patrick J. Goggins, P.A. 319 Tyler Street, #1, Hollywood, Florida 33019 Tel: 305.607.7888 pgoggins@gmail.com